UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

RODNEY BLAKE HURST,

          Defendant.

REPORT AND RECOMMENDATION

12-CR-00376-EAW-JJM-1

---

    The above case was referred to me by Hon. Elizabeth A. Wolford, with the consent of the defendant, to take the defendant's plea of guilty and to conduct an allocution pursuant to Fed. R. Crim. P. ("Rule") 11 for a Report and Recommendation.

    On July 8, 2016, the defendant entered a plea of guilty in this case. In accordance with my findings stated on the record at the close of the plea proceeding, it is my Report and Recommendation that the defendant's plea of guilty accords with the requirements of Rule 11, and that the Court should adjudge the defendant guilty of the offense to which the guilty plea was offered.

**SO ORDERED**.

Dated: July 12, 2016

                                                    JEREMIAH J. MCCARTHY
                                                    United States Magistrate Judge