UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

RODNEY BLAKE HURST,

Defendant.

**DECISION AND ORDER**

1:12-CR-376 EAW

This Court referred to United States Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b), the taking of a guilty plea under Fed. R. Crim. P. 11. The defendant, Rodney Blake Hurst ("Defendant"), consented to the proceeding being before the Magistrate Judge. (Dkt. 77).

On July 8, 2016, Defendant appeared before the Magistrate Judge and entered a plea of guilty to Count 1 of the Superseding Information. (Dkt. 78; Dkt. 80). Magistrate Judge McCarthy filed a written Report and Recommendation (Dkt. 81) confirming that Defendant's entry of a plea of guilty met the requirements of Fed. R. Crim. P. 11, and recommending that the Court accept the guilty plea. No objections to the Report and Recommendation were timely filed, and no extension of time to file objections was sought.

Pursuant to 28 U.S.C. § 636(b), Magistrate Judge McCarthy's Report and Recommendation (Dkt. 81) is adopted in its entirety, and the Court hereby accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty of violating Title 18

U.S.C. § 371 as charged in Count 1 of the Superseding Information.   (Dkt. 78).   A

schedule for sentencing filings and proceedings will issue.

      SO ORDERED.

ELIZABETH A. WOLFORD
United States District Judge


Dated:       August 1, 2016
              Rochester, New York